### COMMONWEALTH *vs.* HIRAM F. PITSINGER & another.

At the trial of an indictment of two persons for adultery with each other, a witness may testify that, in passing through a room where the defendants were, he heard one of them, in speaking to the other, admit the adultery, although he did not hear the rest of their conversation.

INDICTMENT against Pitsinger and Delia Smith for adultery with each other. At the trial in the Superior Court, before *Dewey*, J., Ansel Wright, a witness for the Commonwealth, testified that, in passing through a room where the defendants were,

he heard Pitsinger say to the other defendant, " Have I not told you that if I got you with child, I would support you and the child ? " On cross-examination, he testified that he did not hear any remark by either party preceding or following the one testified to. The defendants then asked the judge to rule that, as the witness did not hear and therefore could not testify to any other portion of the conversation, the evidence of what he did hear was not competent.

The judge refused so to rule, the jury returned a verdict of guilty, and Pitsinger alleged exceptions.

*D. W. Bond,* (*H. H. Bond* with him,) for Pitsinger.

*C. R. Train,* Attorney General, for the Commonwealth.

BY THE COURT. The evidence was admissible and competent upon the issue. *Exceptions overruled.*